IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICROSOFT CORPORATION, a** Washington corporation, | § § § | |
| **Plaintiff** | § § | |
| v. | § § | NO. 3: 13-CV-00871-D |
| **ASSET MANAGEMENT & DISPOSAL, INC., a Texas For-Profit Corporation, and SCOTT HENGEMUHLE, as an individual,** | § § § § | |
| **Defendants** | § § | |

**STIPULATION REGARDING DISMISSAL WITH PREJUDICE**

**WHEREAS** Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Asset Management & Disposal, Inc., a Texas for-Profit Corporation, and Scott Hengemuhle, an individual, have settled the above-captioned matter; and

**WHEREAS** this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants that Asset Management & Disposal, Inc. ("Asset Management"), a Texas for-Profit Corporation, and Scott Hengemuhle, an individual, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement between the parties.

Dated: February 25, 2014

/s/ Audra M. Mori

Audra M. Mori
(CA Bar No 162850, Admitted in the N.D. TX)
amori@perkinscoie.com
Perkins Coie LLP
1888 Century Park East Suite 1700
Los Angeles, CA 90067
Phone: 310.788.9900
Fax:     310 .788.3399

ATTORNEYS FOR PLAINTIFF
MICROSOFT CORPORATION

Dated: February 25, 2014

/s/ Jamil N. Alibhai

Jamil N. Alibhai
(Texas Bar No. 00793248)
jalibhai@munckwilson.com
Munck Wilson Mandala, LLP
600 Banner Place
12770 Coit Road
Dallas, TX 75251
Phone: 972.628.3600
Fax:     972.628.3616

ATTORNEYS FOR DEFENDANTS ASSET
MANAGEMENT & DISPOSAL, INC., A
TEXAS FOR-PROFIT CORPORATION,
AND SCOTT HENGEMUHLE, AS AN
INDIVIDUAL